# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00369-CV
## NO. 03-25-00546-CV

**City of Taylor, Texas; Mayor Dwayne Ariola, in his Official Capacity; Council Members Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, in their Official Capacities; and City Manager Bryan Laborde, in his Official Capacity, Appellants**

**v.**

**Robert Marek; Cherie Turner Marek; Julius A. Wolbrueck; Roxana Thomas Wolbrueck; Michael F. Herzog, Jr.; Laurel T. Herzog; Glen R. Polasek; Joan P. Polasek; Duane D. Stoll; Sandra G. Stoll; Cecilia Ida Hannan as Trustee of The Cecilia Ida Hannan Trust; Loren Hengst; Kathleen Hengst; Erwin Hengst; and Sara Hengst, Appellees**

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY, NO. 24-0447-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On appellants' unopposed motion, this Court previously abated these appeals to allow the parties to engage in settlement negotiations. As ordered by the Court, the parties have filed a joint status report regarding their request to extend the abatement period. They also filed a joint motion to abate these appeals for an additional three months to continue their efforts to negotiate and resolve this matter.

We grant the parties' joint motion and abate the appeal for an additional 90 days to allow the parties more time to engage in settlement negotiations. The parties shall submit a

motion to dismiss the appeals, a motion to reinstate the appeals, or a status report on the settlement process accompanied by a motion to extend the abatement on or before February 12, 2026.

It is so ordered on November 14, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated

Filed: November 14, 2025